IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO VANEGA, | No. CIV S-08-2053-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D.K. SISTO, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed a completed application to proceed in forma pauperis or paid the required filing fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee. Petitioner is warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.

---

[1] While petitioner filed an application to proceed in forma pauperis on the form employed by the Untied States District Court for the Northern District of California, he did not answer all the questions regarding his financial status.

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.    Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, or the appropriate filing fee; and

      2.    The Clerk of the Court is directed to send petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: September 3, 2008

                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE