IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SANTIAGO VANEGA,** | 2:08-cv-02053-FCD-CMK (HC) |
| Petitioner, | **ORDER** |
| **v.** | |
| **D.K. SISTO,** | |
| Respondent. | |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is hereby granted a thirty-day extension of time, up to and including January 4, 2009, to file and serve a response in this matter.

DATED: December 5, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE